# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM C. TOMAN, JR., R.M. ASHLEY, ) | **CIVIL JUDGMENT** |
| K.D. MACKEY, P.J. GRAHAM, RON SMITH, ) | **CASE NO. 5:13-CV-218-D** |
| UNKNOWN FEMALE OFFICER, C.C. BLAKE, ) | |
| and JOSEPH GARDNER, ) | |
| Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court DISMISSES this action under 28 U.S.C. § 1915(g). The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>APRIL 1, 2013</u> WITH A COPY TO:

Robert Gene Bailey, Pro se (via USPS to (0014848 - Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

<u>April 1, 2013</u>                              JULIE A. RICHARDS, Clerk
Date                                    Eastern District of North Carolina

                                        /s/ Debby Sawyer
                                        (By) Deputy Clerk

Raleigh, North Carolina